# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
**Isaac CASTRO-Martinez**
AKA: Daniel GONZALEZ-Alvarez
YOB: 1977
COC: Mexico

Name and Address of Defendant

## CRIMINAL COMPLAINT

Case Number: M-19- 1127-M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 16, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendant(s) did,

being then and there an alien, who had been previously **deported/removed** from the United States in pursuance of law, thereafter was found near McAllen, Texas knowingly, willfully and in violation of law gained illegal entry into the United States, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Customs and Border Protection Officer** and that this complaint is based on the following facts:

On May 16, 2019, Isaac CASTRO-Martinez, a citizen of Mexico was apprehended in McAllen, Texas during enforcement operations. The defendant admitted to entering the United States illegally by wading the Rio Grande River near the Rio Grande City Port of Entry. Record checks revealed the defendant was formally deported/removed from the United States on December 14, 2007 via the Del Rio, Texas Port of Entry. Records show no evidence exists of the defendant having obtained permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States. On July 30, 2003 the defendant was convicted of possession with intent to distribute methamphetamine and was sentenced to 70 months incarceration.

Approved by:
AUSA Matt Roland
5/17/19

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

Signature of Complainant

Approved By: ~~Michael Mitchell~~
**Amy D. Silva**
Printed Name of Complainant

May 17, 2019 @ 8:12 a.h.   at   **McAllen, Texas**
Date                                City and State
**Juan Alanis**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer   Signature of Judicial Officer
**Department of Homeland Security**